IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN WASHINGTON, IAN INGRAM, and TATANYA BROWN, *on behalf of themselves and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> METROTAINMENT CAFES, LLC, POLITICAL CONCEPTS, LLC, JEFFREY LANDAU, and AMY LANDAU, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:14-cv-02888-AT |

## **ORDER**

This Fair Labor Standards Act collective action is before the Court on the Parties' Joint Motion for Settlement Approval [Doc. 82]. In their motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated. The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action.

**THEREFORE**, the Court **GRANTS** the Parties' Joint Motion for Settlement Approval [Doc. 82] and **APRROVES** the Settlement Agreement. The Court **SHALL** retain jurisdiction over the case as necessary to enforce the terms of the Settlement Agreement. As no further relief is sought on Plaintiffs' claims, the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 29th day of March, 2016.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**